# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/21/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mauiscape Helicopters, Inc.
415 Dairy Road, E–102
Kahului, HI 96732

| | |
|---|---|
| Case Number:<br>09–02998 | Taxpayer ID/Employer ID/Other Nos.:<br>68–0511014 |
| Attorney for Debtor(s) (name and address):<br>Ryther L. Barbin<br>555 Iao Valley Road<br>Wailuku, HI 96793<br>Telephone number: 808.242.9702 | Bankruptcy Trustee (name and address):<br>Dane S. Field<br>P.O. Box 4198<br>Honolulu, HI 96812<br>Telephone number: 808.232.8788 |

## Meeting of Creditors

Date: **February 9, 2010**            Time: **12:00 PM**

Location: **J. Walter Cameron Center, 95 Mahalani Street, Wailuku, HI**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522–8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 12/21/09 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

## Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Dec 23, 2009.
```
db          +Mauiscape Helicopters, Inc.,   415 Dairy Road, E-102,   Kahului, HI 96732-2348
aty         +Ryther L. Barbin,   555 Iao Valley Road,   Wailuku, HI 96793-3007
tr          +Dane S. Field,   P.O. Box 4198,   Honolulu, HI 96812-4198
982956      +101 Things to Do,   Acct#: 1663,   P.O. Box 2340,   Phoenix, AZ 85002-2340
982957      +Activity Link System, LLC,   P.O. Box 3025,   Kahului, HI 96733-3025
982958      +Adrian Malo,   Acct#: N/A,   995 Makani Road,   Makawao, HI 96768-8830
982959      +Air Services Hawaii,   Acct#: N/A,   95 Nakolo Place,   Honolulu, HI 96819-1808
982960      +Blake Malo,   415 Dairy Road, E-102,   Kahului, HI 96732-2348
982961      +Bradley Pacific,   Acct#: N/A,   25 Kuhea St.,   Kahului, HI 96732-2334
982962      +Capital One,   Acct#: 7345,   P.O. Box 30273,   Salt Lake City, UT 84130-0273
982963      +Center Capital Corp.,   Acct#: N/A,   P.O. Box 330,   Hartford, CT 06141-0330
982965      +First Hawaiian Bank,   Acct#: 5904,   20 W. Kaahumanu Ave.,   Kahului, HI 96732-1618
982964      +First Hawaiian Bank,   Acct#: 8643,   P.O. Box 29450,   Honolulu, HI 96820-1850
982966      +Heli Utah,   Acct#: 2855,   2701 Forum Drive,   Grand Prairie, TX 75052-8927
982967      +Heli-Parts Nevada, LLC,   1411 Airport Road,   Boulder City, NV 89005-3675
982968      +Honolulu Publishing Company,   Acct#: R025,   P.O. Box 80,   Honolulu, HI 96810-0080
982970      +Lynden International,   Acct#: 4491,   P.O. Box 84167,   Seattle, WA 98124-5467
982971      +Maui Island Guide & Driving,   Acct#: 1009,   Mail Code 60256,   P.O. Box 1300,
             Honolulu, HI 96807-1300
982972      +Maui Magazine,   Acct#: 1009,   Mail Code 60256,   P.O. Box 1300,   Honolulu, HI 96807-1300
982973      +Spotlight Hawaii Publishing,   Acct#: N/A,   532 Cummins Street,   Honolulu, HI 96814-3304
982974      +Steve Gould,   415 Dairy Rd., E-102,   Kahului, HI 96732-2348
982975      +This Week Publications,   Acct#: 0000,   P.O. Box 30755,   Honolulu, HI 96820-0755
```

The following entities were noticed by electronic transmission on Dec 21, 2009.
```
tr          +EDI: QDSFIELD.COM Dec 21 2009 20:48:00   Dane S. Field,   P.O. Box 4198,
             Honolulu, HI 96812-4198
982969       EDI: IRS.COM Dec 21 2009 20:48:00   Internal Revenue Service,   Acct#: 1014,   P.O. Box 24017,
             Fresno, CA  93779-4017
                                                                                           TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2009**                    **Signature:**  *Joseph Speetjens*